IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01062-MSK-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

CP HOLDINGS, INC., f/k/a CP HOLDINGS, LLC, and
COREY CARTER,

    Defendants.
_____

### NOTICE OF DISMISSAL
_____

THIS MATTER comes before the Court on the filing of a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) **(#22)**. The stipulation does not specify whether it is submitted pursuant to Rule 41(a)(1) or (2), therefore the Court assumes that it is submitted pursuant to Rule 41(a)(1). Pursuant to that rule, no order is required and the filing of the stipulation effectuates the dismissal.

DATED this 12th day of November, 2008.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge